| ADVERSARY PROCEEDING COVER SHEET | ADVERSARY PROCEEDING NUMBER |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Terry A. King<br>Cynthia A. King | United States of America, Department of the Treasury, Internal Revenue Service, Lisa A. Maloney, individually and in her representative capacity, and Jennifer Petrillo, individually and in her representative capacity |

| ATTORNEY (Firm Name, Address, and Telephone No.)<br>James L. O'Connor, Jr.<br>Nickless and Phillips, P.C.<br>625 Main Street<br>Fitchburg, MA 01420<br>(978) 342-4590 | ATTORNEY (Firm Name, Address, and Telephone No.) |
|---|---|

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| X Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor        ☐ Other<br>☐ Trustee | ☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>X Creditor        ☐ Other<br>☐ Trustee |

CAUSE OF ACTION: (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Willful Violation of the Automatic Stay

## NATURE OF SUIT
(Number of up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - § 542 turnover of property
☐ 12- Recovery of money/property - § 547 preference
☐ 13- Recovery of money/property - § 548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21 – Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale Property**
☐ 31 – Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41 – Objection/ revocation of discharge § 727 (c),(d),(e)

**FRBP 7001 (5) Revocation of Confirmation**
☐ 51 – Revocation of Confirmation

**RFBP 7001(6) – Dischargeability**
☐ 66 - Dischargeability - § 523(a)(1), (14), (14a) priority tax claims
☐ 62 – Dischargeability - § 523(a)(2), false pretenses, false representation, actual fraud
☐ 67 – Dischargeability -  § 523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61 – Dischargeability - § 523(a)(5), domestic support
☐ 68 - Dischargeability - § 523(a)(6), willful and malicious injury
☐ 63- Dischargeability - § 523(a)(8), student loan
☐ 64 - Dischargeability - § 523(a)(15), divorce of separation obligation (other than domestic support)
☐ 65 – Dischargeability - other

**FRBP 7001 (7) – Injunctive Relief**
☐ 71 – Injunctive relief – imposition of stay
☐ 72 – Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81 – Subordination of claim or interest

**FRBP 7001 (9) Declaratory Judgment**
**X 91 – Declaratory Judgment**

**FRBP 7001(10) Determination of Removed Action**
☐ 01 – Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§ 78aaa *et. seq.*
☐ 02 – Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Terry A. King<br>Cynthia A. King | BANKRUPTCY CASE NUMBER<br>08-40966-JBR | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western Division | DIVISIONAL OFFICE<br>Worcester | NAME OF JUDGE<br>Rosenthal |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ James L. O'Connor, Jr. | | |
| DATE:<br>April 7, 2008 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>James L. O'Connor, Jr., Esq. | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br>Terry A. King and<br>Cynthia A. King<br>        Debtor(s)<br><br>_____<br><br>Terry A. King and<br>Cynthia A. King,<br>        Plaintiffs<br><br>v.<br><br>United States of America, Department of the<br>Treasury, Internal Revenue Service, Lisa A.<br>Maloney individually and in her representative<br>capacity, and Jennifer Petrillo individually and<br>in her representative capacity;<br>        Defendants | Chapter 7<br>No. 08−40966-JBR<br><br><br><br><br>Adv. Pro.<br>No. 08- |

**COMPLAINT**

This matter is a core proceeding under 28 U.S.C. Sec. 157(b)(2).  This Court has subject matter jurisdiction pursuant to 28 U.S.C. Sec. 1334.  Venue is proper in this Court pursuant to 28 U.S.C Sec. 1409(a).

1.  The Debtors and Plaintiffs, Terry A. King and Cynthia A. King (hereinafter "the Debtors") filed their Chapter 13 Bankruptcy Petition on March 28, 2008.

2.  The Defendants have a business office at 120 Front Street, Worcester, MA.

3.  On or about April 1, 2008, with actual knowledge of the filing of the bankruptcy, the Defendant United States of America, Department of the Treasury, Internal Revenue Service ("IRS") acting through the Defendants Lisa A. Maloney ("Maloney") and Jennifer Petrillo ("Petrillo") filed a federal tax lien at the Southern Worcester County Registry of Deeds naming as taxpayers Alfred F. Charest and Shirley Charest as nominees of the Debtors. A true and accurate copy of the Notice of Federal Tax Lien is attached as Exhibit A.

4.  The tax lien alleges income tax liabilities for the years 1999-2006 in the amount of $149,088.35. The tax lien names the taxpayer as "Alfred F. and Shirley Charest, nominees of Terry A. and Cynthia A. King."

5.  Alfred F. Charest and Shirley Charest are the parents of Cynthia A. King. They are not liable under any legal or equitable theory for the tax liabilities of the Debtors. To the extent they are holding property or have legal title to property of the Debtors' the property is an asset of the Debtors or the Debtors' bankruptcy estate.

6.  Each of the Defendants, either directly or through representatives, have caused the Debtors to suffer extreme emotional distress including stress and anxiety, have caused the Debtors to be denied their rights under the Bankruptcy Code including the benefits of the automatic stay and have otherwise caused the Debtors to suffer harm and damage.

7.  The Defendants Maloney and Petrillo have acted beyond the scope of their representative capacity and are personally liable for their actions.

## COUNT I
## WILLFUL VIOLATION OF THE AUTOMATIC STAY
## 11 U.S.C. § 362

8.  The Debtors restate and re-allege paragraphs 1 – 8.

9.  Each of the Defendants have violated 11 U.S.C § 362 (a)(1) by acting to recover a claim against the Debtors that arose before the commencement of the case; and § (a)(6) by acting to collect, assess, or recover a claim against the Debtors that arose before the commencement of the case.

10. Alternatively, the Defendants have violated § (a)(3) by acting to obtain possession or property of the estate or of property from the estate or to exercise control over property of the estate, or  § (a)(4) by acting to create, perfect, or enforce any lien against property of the bankruptcy estate, or § (a)(5) by acting to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose before the commencement of the case.

11. These actions were willful violations of the automatic stay as set forth in Section 362 § (k)(1) of the Bankruptcy Code.

WHEREFORE, Terry A. King and Cynthia A. King, pray that this court grant Judgment for the Debtors, award the Debtors their costs including reasonable attorneys' fees and punitive damages in an amount to be determined, and grant such other and further relief as is just.

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

12. The Debtors restate and re-allege paragraphs 1 – 11.

13. The Defendants intended or should have known that their actions would cause emotional distress.

14. The Defendants' conduct was extreme and outrageous.

15. The Defendants' conduct caused the Debtors to suffer distress.

16. The Debtors have suffered severe anxiety and distress in their concern for the health and welfare of Alfred F. Charest and Shirley Charest.

WHEREFORE, Terry A. King and Cynthia A. King, pray that this court grant Judgment for the Debtors, award the Debtors their reasonable attorneys' fees and punitive damages in an amount to be determined, and grant such other and further relief as is just.

## COUNT III
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

17. The Debtors restate and re-allege paragraphs 1 – 41.

18. The Defendants' negligence was the proximate cause of emotional distress suffered by the Debtors.

19. The Debtors emotional distress is manifested by objective symptoms including stress and anxiety.

20. A reasonable person would have suffered emotional distress under the same circumstances.

WHEREFORE, Terry A. King and Cynthia A. King, pray that this court grant Judgment for the Debtors, award the Debtors their reasonable attorneys' fees and punitive damages in an amount to be determined, and grant such other and further relief as is just.

                                    Respectfully submitted,
                                    Terry A. King and Cynthia A. King,
                                    By their attorney,


                                    /s/ James L. O'Connor, Jr.
                                    James L. O'Connor, Jr., Esq.,
                                    BBO No. 563450
                                    Nickless and Phillips, PC
                                    625 Main Street
                                    Fitchburg, MA 01420
                                    978-342-4590
                                    joconnor.nandp@verizon.net

# EXHIBIT

# A

**Internal Revenue Service**
120 Front Street Suite 600
Worcester, Ma 01608

**Department of the Treasury**

**Date:** April 03, 2008

**Alfred Charest**
72 Wilderness Drive
Sutton, Ma 01590

Person to Contact:
  Lisa A. Maloney
IRS Telephone Number:
  508-890-7356
Employee Identification Number:
  05-04394
Taxpayer Identification Number
  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

## Notice of Federal Tax Lien Filing--Nominee or Alter-Ego

You have been identified as the nominee or alter-ego for Terry A & Cynthia A King. This letter is to inform you that we have filed a Notice of Federal Tax Lien.

You have the right to appeal this decision. We explain your rights in the enclosed Publication 1660.

There may be other ways that we can resolve this issue. Contact the person named above for further information.

One option you have is to request a Certificate of Discharge from the Federal Tax Lien. However, before we will issue a discharge, you must pay the amount due or post a bond guaranteeing payment. The enclosed Publication 783, provides information on how to request a certificate of discharge.

We will issue a Certificate of Release of Federal Tax Lien within 30 days after you pay the full amount due or within 30 days after we accept a bond guaranteeing payment.

Sincerely yours,

Lisa A. Maloney
Revenue Officer

Enclosures:
Publication 1660, Collection Appeal Rights
Publication 783, Instruction on How to Apply for a Certificate of Discharge From Federal Tax Lien
Form 668(Y), Notice of Federal Tax Lien

Letter 3177 (DO) (Rev. 04-2003)
Catalog Number: 26921M

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury – Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Small Business/Self Employed Area: 1 | Serial Number<br>434715008 | *For Optional Use by Recording Office* |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property *and* rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
Alfred F. and Shirley Charest, nominees of Terry A. and Cynthia A. King

**Residence**
72 Wilderness Dr
Sutton, MA  01590-1864

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | XXX-XX-5432 | 09/10/2001 | 10/10/2011 | $13,173.59 |
| 1040 | 12/31/2000 | XXX-XX-5432 | 09/10/2001 | 10/10/2011 | $18,411.36 |
| 1040 | 12/31/2001 | XXX-XX-5432 | 06/02/2003 | 07/02/2013 | $23,236.11 |
| 1040 | 12/31/2002 | XXX-XX-5432 | 06/09/2003 | 07/09/2013 | $13,128.66 |
| 1040 | 12/31/2003 | XXX-XX-5432 | 04/03/2006 | 05/03/2016 | $10,708.02 |
| 1040 | 12/31/2004 | XXX-XX-5432 | 04/03/2006 | 05/03/2016 | $42,623.88 |
| 1040 | 12/31/2005 | XXX-XX-5432 | 12/31/2007 | 01/30/2018 | $27,038.44 |
| 1040 | 12/31/2006 | XXX-XX-5432 | 01/07/2008 | 02/06/2018 | $768.29 |

**See Attachment for Description of Property**

| Place of Filing<br>Registry of Deeds<br>Southern Worcester County<br>Worcester, MA 01608 | Total | $149,088.35 |
|---|---|---|

This notice was prepared and signed at Providence, RI, on this, the 1st day of April, 2008 .

| Signature<br>Jennifer Petrillo,  Employee # - 05-02154 | Title<br>Advisor, Phone # - 401-528-1899 |
|---|---|

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)*

Part 1 - Recording Office                                    Form **668(Y)** (Rev. 10-1999)

# Attachment to Form 668y

In the matter of **Alfred F. and Shirley Charest, nominees of Terry A. and Cynthia A. King**

Property Description:
This lien is filed to specifically attach to Real Estate located at 72 Wilderness Drive, Sutton, Massachusetts.

**Internal Revenue Service**                          **Department of the Treasury**
120 Front Street Suite 600
Worcester, Ma 01608


**Date:** April 03, 2008

                                                    Person to Contact:
                                                      Lisa A. Maloney
**Shirley Charest**                                 IRS Telephone Number:
72 Wilderness Drive                                   508-890-7356
Sutton, Ma 01590                                    Employee Identification Number:
                                                      05-04394
                                                    Taxpayer Identification Number
                                                      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


### Notice of Federal Tax Lien Filing--Nominee or Alter-Ego

You have been identified as the nominee or alter-ego for Terry A & Cynthia A King. This letter is to inform you that we have filed a Notice of Federal Tax Lien.

You have the right to appeal this decision. We explain your rights in the enclosed Publication 1660.

There may be other ways that we can resolve this issue. Contact the person named above for further information.

One option you have is to request a Certificate of Discharge from the Federal Tax Lien. However, before we will issue a discharge, you must pay the amount due or post a bond guaranteeing payment. The enclosed Publication 783, provides information on how to request a certificate of discharge.

We will issue a Certificate of Release of Federal Tax Lien within 30 days after you pay the full amount due or within 30 days after we accept a bond guaranteeing payment.

                                Sincerely yours,

                                Lisa A. Maloney
                                Revenue Officer


Enclosures:
Publication 1660, Collection Appeal Rights
Publication 783, Instruction on How to Apply for a Certificate of Discharge From Federal Tax Lien
Form 668(Y), Notice of Federal Tax Lien


                                                    **Letter 3177 (DO) (Rev. 04-2003)**
                                                    Catalog Number: 26921M

Department of the Treasury – Internal Revenue Service

Form **668(Y)**
(Rev. 10-1999)

Department of the Treasury – Internal Revenue Service

# Notice of Federal Tax Lien

| Small Business/Self Employed Area: 1 | Serial Number 434715008 | *For Optional Use by Recording Office* |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
Alfred A. and Shirley Charest, nominees of Terry A. and Cynthia A. King

**Residence**
72 Wilderness Dr
Sutton, MA  01590-1864

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | XXX-XX-5432 | 09/10/2001 | 10/10/2011 | $13,173.59 |
| 1040 | 12/31/2000 | XXX-XX-5432 | 09/10/2001 | 10/10/2011 | $18,411.36 |
| 1040 | 12/31/2001 | XXX-XX-5432 | 06/02/2003 | 07/02/2013 | $23,236.11 |
| 1040 | 12/31/2002 | XXX-XX-5432 | 06/09/2003 | 07/09/2013 | $13,128.66 |
| 1040 | 12/31/2003 | XXX-XX-5432 | 04/03/2006 | 05/03/2016 | $10,708.02 |
| 1040 | 12/31/2004 | XXX-XX-5432 | 04/03/2006 | 05/03/2016 | $42,623.88 |
| 1040 | 12/31/2005 | XXX-XX-5432 | 12/31/2007 | 01/30/2018 | $27,038.44 |
| 1040 | 12/31/2006 | XXX-XX-5432 | 01/07/2008 | 02/06/2018 | $768.29 |

## See Attachment for Description of Property

| Place of Filing Registry of Deeds Southern Worcester County Worcester, MA 01608 | Total | $149,088.35 |
|---|---|---|

This notice was prepared and signed at Providence, RI, on this, the 1st day of April, 2008 .

| Signature | Title |
|---|---|
| Jennifer Petrillo,  Employee # - 05-02154 | Advisor, Phone # - 401-528-1899 |

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409*)

Part 2 - Taxpayer Copy

Form **668(Y)** (Rev. 10-1999)

# Attachment to Form 668y

In the matter of **Alfred F. and Shirley Charest, nominees of Terry A and Cynthia A King**

Property Description:
This lien is filed to specifically attach to Real Estate located at 72 Wilderness Drive, Sutton, Massachusetts.